FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2022

No. 04-22-00090-CV

Jose M. **GONZALEZ**, Jr.,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25068
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On June 1, 2022, this court received appellant's pro se brief. The brief violates the Texas Rules of Appellate Procedure in that it:

1. does not provide a complete list of all parties and counsel, *see* TEX. R. APP. P. 38.1(a);
2. does not contain any citations to the record, *see* TEX. R. APP. P. 38.1(g), (i);
3. does not contain a clear and concise argument with citations to legal authority, *see* TEX. R. APP. P. 38.1(i);
4. does not contain an appendix including the necessary contents required by the Rules or contains documents not included in the clerk's record, *see* TEX. R. APP. P. 38.1(k); and
5. does not contain a certificate of compliance, *see* TEX. R. APP. P. 9.5(h)(3).

Appellant is cautioned that "[t]his court must decide cases based on the appellate record as filed, and may not consider documents attached as appendices to briefs." *Carter v. Ball*, No. 04-19-00194-CV, 2019 WL 5030277, at *2 n.4 (Tex. App.—San Antonio Oct. 9, 2019, no pet.) (mem. op.).

It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief in compliance with the Texas Rules of Appellate Procedure **no later than July 5, 2022** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

FILE COPY

It is so **ORDERED** on June 3, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT